

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-18-00225-CV**

IN RE LAWRENCE EDWARD
THOMPSON

RELATOR

----------

## ORIGINAL PROCEEDING
### TRIAL COURT NO. 0064877

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and real party in interest's response, and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL:  PITTMAN, MEIER, and GABRIEL, JJ.

DELIVERED:  July 26, 2018

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).